IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOE E. SILVA, | ) | 4:04CV3337 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ***ORDER*** |
| HAROLD W. CLARKE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Filing 35, the withdrawal of the appearance by Defendants' attorney Tim Sullivan, #21883 is approved and the entry of appearance by Kimberley Taylor-Riley, #20495 on behalf of Defendants is recognized and approved.

Dated: January 19, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

26-78-2